# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

NO. 2020 CW 0141

VERSUS

TEXAS BRINE COMPANY, LLC

**MAY 2 1 2020**

---

In Re: Occidental Chemical Corporation, OXY USA, Inc., and
Occidental Petroleum Corporation, applying for
supervisory writs, 23rd Judicial District Court, Parish
of Assumption, No. 34316.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

**Welch, J.,** concurs. Because no contradictory motion to stay
or compel arbitration was filed in connection with the complained
of ruling in this writ application, no evidence, such as the
contract containing the arbitration clause, was submitted to the
trial court or to this court. Accordingly, I would deny the writ
application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT